**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTWONE RODGERS,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **ABINGTON TOWNSHIP, JOHN DOE POLICE OFFICERS 1-10,** *Defendants.* | : | **NO. 25-cv-4339** |

**ORDER**

**AND NOW**, this **27th** day of **July 2026**, upon consideration of Defendant Abington Township's Partial Motion for Summary Judgment (the "Motion") (ECF No. 36), the Concise Statement of Stipulated Material Facts in Support of Defendant, Township of Abington's Motion for Summary Judgment (ECF No. 37), Plaintiff's Response in Opposition to Defendant Abington Township's Motion for Partial Summary Judgment (ECF No. 40), Defendant's Reply Brief in Response to Plaintiff's Opposition to Partial Summary Judgment and in Further Support of Defendant's Partial Motion for Summary Judgment (ECF No. 42), Plaintiff's Response to Abington Township's Reply Brief in Further Support of its Motion for Partial Summary Judgment (ECF No. 43), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 36) is **GRANTED**, and Counts I, II, III, and V are **DISMISSED** against Defendant Abington Township **WITH PREJUDICE** for the reasons stated in the accompanying memorandum opinion.
2. Plaintiff's claims for punitive damages are **DISMISSED** for the reasons stated in the accompanying memorandum opinion.
3. John Doe Police Officers 1–10 are **DISMISSED** as Defendants for the reasons stated in the accompanying memorandum opinion.

4. The Court declines to exercise supplemental jurisdiction over Count IV for the reasons stated in the accompanying memorandum opinion, and will **DISMISS** Count IV against Defendant Abington Township **WITHOUT PREJUDICE** to Plaintiff re-filing that claim in state court.

5. Defendant Abington Township's Motion *in Limine* to Preclude from Trial any Argument of Spoliation Related to the Preservation of the Abington Township Police Department Shooting Range (ECF No. 45) is **DENIED AS MOOT WITHOUT PREJUDICE**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**